IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON TEXAS

United States Courts
Southern District of Texas
FILED

MAY 05 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| IN RE | § | |
| MUNIRA SHAKIR | § | CASE NO. 14-32639 |
| | § | (CHAPER 7) |
| DEBTOR | § | |
| | § | |
| TASNEEM SHUJAUDDIN and | § | |
| KUTBUDDIN A. LOKHANDWALA | § | |
| Plaintiffs, | § | ADV.PRO ~~14-32639~~ |
| | § | 14-3305 ✓ |
| vs, | § | |
| MUNIRA SHAKIR | § | |
| Defendant | § | |

## MUNIRA SHAKIR TO PROSEE IN THE ABOVE NUMBERED AND TITLED ADVERSARY PROCEEDING

A. Introduction

1. Plaintiff are Tasneem Shujauddin and Kutbuddin A Lokhandwala Defendant is Munira Shakir.

2. Plaintiff sued Defendant for fraud and denial of discharge under 11 use § 727 and non-discharge ability of debt pursuant to 11 use § 523.

B. Facts

1. I am unable to hire an attorney due to my financial situation. I am also not satisfied with my previous attorney Ms Bergman who did not study my case to justify.
Tasneem Shujauddin and Kutbuddin A Lokhandwala as investors and not creditors.

2. Personal bank statement were emailed to my attorney Siri Khalsa on March 1st 2015 I do not know why the statements were not forwarded to the plaintiff`s attorney.
Personal bank statements do exist of which the plaintiff seeks production.

3. Tasneem Shujauddin, Kutbuddin A Lokhandwala and Nadir poonawala are all investors for Shakir`s International LLC and not my Munira Shakir`s creditors. Proof of payments and agreements exist.

4. My House located at 16706 Vivian Point Lane Houston, Texas 77095 is my primary dwelling and I live there.

5. Tasneem Shujauddin invested $100,000.00 in DBA M.S. International domestic brokerage business which was then changed to Shakir`s Intrnational LLC domestic brokerage business.
From February 2011 upto March 2013 the domestic brokerage business actively existed and the profit was shared 50% each Tasneem Shujauddin and Munira Shakir.
The house was purchased on October 12th 2012 with the profits and savings of Munira Shakir`s export brokerage business. Tasneem Shujauddin never had any share in the export brokerage business of Shakir`s International LLC.

<u>Prayer</u>

5. For these reasons Munira Shakir request this court to help me to better present this case.

Respectfully submitted,

/s/ Munira Shakir
16706 Vivian point lane
Houston, Texas 77095
(832) 231 - 6764  Cell
(832) 653 – 5533  Fax