IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

ENTERED
05/07/2015

| | |
|---|---|
| IN RE | )<br>)<br>) |
| MUNIRA SHAKIR, | ) CASE NO. 14-32639-H3-7<br>) |
| Debtor, | )<br>) |
| TASNEEM SHUJAUDDIN, ET AL., | )<br>) |
| Plaintiffs,<br>v. | )<br>) ADV. NO. 14-3305<br>) |
| MUNIRA SHAKIR, | )<br>) |
| Defendant. | )<br>) |

ORDER

On May 5, 2015, the court held a pretrial hearing with respect to the above captioned adversary proceeding. The court has considered "Defendant Munira Shakir's Motion to Disqualify the Estes Law Firm, P.C. from Representation of Plaintiffs" (Docket No. 9), "Plaintiffs' Motion to Compel Production to Defendant, Munira Shakir's [sic]" (Docket No. 11), "Unopposed Motion of Siri Khalsa to Withdraw as Attorneys for Munira Shakir" (Docket No. 19), and "Defendant Munira Shakir's Expedited Motion to Continue Trial Date" (Docket No. 23).

At the May 5, 2015 hearing, Plaintiffs withdrew their motion to compel (Docket No. 11).

For the reasons stated at the hearing on May 5, 2015, Defendant's motion to disqualify the Estes Law Firm, P.C. (Docket

No. 9) is granted, and Siri Khalsa's motion to withdraw (Docket No. 19) is granted.

On Defendant's motion to continue the trial date (Docket No. 23), an additional pretrial conference is set for July 7, 2015, at 10:00 a.m. in Courtroom 401, 515 Rusk, Houston, Texas. The trial will not take place during May, 2015.

SO ORDERED.

Signed at Houston, Texas on this \_\_7\_\_ day of \_\_May\_\_, 2015.

_____
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE