IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

IN RE: MUNIRA SHAKIR                         CASE NO. 14-32639-H3-7
      **DEBTOR**                              ADVERSARY NO. 14-03305

TASNEEM SHUJAUDDIN & KUTBUDDIN LOKHANDWALA
      **PLAINTIFF**

vs

MUNIRA SHAKIR
      **DEFENDANT**

## NOTICE RESCHEDULING PRE TRIAL CONFERENCE

<u>**NOTICE IS HEREBY GIVEN THAT**</u> a PRE TRIAL CONFERENCE in said cause is <u>RESCHEDULED from **AUGUST 4, 2015 AT 10:00 A.M. IN HOUSTON, TX**, TO **SEPTEMBER 8, 2015 AT 10:00 A.M., IN HOUSTON, TX, 515 RUSK, 4TH FLOOR, COURTROOM 401**</u>

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

DATED: 7-7-15                          BY: *Maria Rodriguez*