IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MUNIRA SHAKIR, | § | CASE NO. 14-32639-H3-7 |
|     DEBTOR | § | (CHAPTER 7) |
| TASNEEM SHUJAUDDIN AND | § | ADVERSARY NO. 14-03305 |
| KUTBUDDIN A. LOKHANDWALA, | § | |
|     PLAINTIFFS | § | |
| V. | § | |
| | § | |
| MUNIRA SHAKIR, | § | |
|     DEFENDANT | § | |

MOTION TO SUBSTITUTE COUNSEL FOR PLAINTIFFS

To the Honorable Bankruptcy Judge,

    Come now Tasneem Shujauddin and Kutbuddin A. Lockhandwala ("Plaintiffs") and represent:

1. On May 7, 2015, this Court disqualified the Estes Law Firm, P.C. as Plaintiffs' counsel of record.
2. Plaintiffs have retained Charles E. Long and Cage, Hill & Niehaus, L.L.P. to represent them in this adversary proceeding.  Charles E. Long is a licensed attorney at law in good standing before this Court.

    Wherefore Plaintiffs respectfully request that the Court cause the entry of an order authorizing the substitution sought by this motion and give them such other relief as is just.

Respectfully submitted,

**CAGE, HILL & NIEHAUS, L.L.P.**

*/s/ Charles E. Long*
_____
Charles E. Long
State Bar No.  12514700
clong@cagehill.com
5851 San Felipe, Suite 950
Houston, TX  77057
Telephone:  (713) 789-0500
Facsimile:  (713) 974-0344

CERTIFICATE OF SERVICE

      I hereby certify on this 22nd day of July, 2015, that a true and correct copy of the Motion to Substitute Counsel for Plaintiffs was served on Defendant, Munira Shakir, 16706 Vivian Point Lane, Houston, Texas 77095 via first class mail, postage prepaid.

      */s/ Charles E. Long*
      _____
      Charles E. Long