IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MUNIRA SHAKIR, | § | CASE NO. 14-32639-H3-7 |
|     DEBTOR | § | (CHAPTER 7) |
| TASNEEM SHUJAUDDIN AND | § | ADVERSARY NO. 14-03305 |
| KUTBUDDIN A. LOKHANDWALA, | § | |
|     PLAINTIFFS | § | |
| V. | § | |
| | § | |
| MUNIRA SHAKIR, | § | |
|     DEFENDANT | § | |

ORDER AUTHORIZING SUBSTITUTION OF COUNSEL

In Houston, came on for the consideration the Motion of Tasneem Shujauddin and Kutbuddin A. Lockhandwala to Substitute Counsel For Plaintiffs, and it appearing to the Court that this motion should be granted; it is accordingly ORDERED that Charles E. Long and Cage, Hill & Niehaus, LLP are hereby substituted for Joshua Estes and the Estes Law Firm, P.C.

Signed this _____day of _____, 2015.

_____
United States Bankruptcy Judge
Letitia Z. Paul