IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

IN RE: MUNIRA SHAKIR  
**DEBTOR**

CASE NO. 14-32639-H3-7  
ADVERSARY NO. 14-03305

TASNEEM SHUJAUDDIN &
KUTBUDDIN LOKHANDWALA  
**PLAINTIFF**

vs

MUNIRA SHAKIR  
**DEFENDANT**

## NOTICE RESCHEDULING PRE TRIAL CONFERENCE

**NOTICE IS HEREBY GIVEN THAT** a PRE TRIAL CONFERENCE in said cause is RESCHEDULED To <u>JANUARY 05, 2016 at 10:00 A.M. IN HOUSTON, TX., 515 RUSK, 4th FLOOR, COURTROOM 401.</u>

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

DATED: NOV 1 8 2015     BY: *Maria Rodriguez*