

ENTERED
06/15/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MUNIRA SHAKIR, | § | CASE NO. 14-32639-H3-7 |
|     DEBTOR | § | (CHAPTER 7) |
| TASNEEM SHUJAUDDIN AND | § | ADVERSARY NO. 14-03305 |
| KUTBUDDIN A. LOKHANDWALA, | § | |
|     PLAINTIFFS | § | |
| V. | § | |
| | § | |
| MUNIRA SHAKIR, | § | |
|     DEFENDANT | § | |

### ORDER TRANSFERRING ADVERSARY PROCEEDING TO JUDGE MARVIN ISGUR

In Houston, came on for consideration the Motion of Tasneem Shujauddin and Kutbuddin A. Lokhandwala To Transfer Adversary Proceeding, and it appearing to the Court that the motion states adequate cause for the relief requested; it is therefore ORDERED that this adversary proceeding is hereby transferred to Judge Marvin Isgur on the entry of this order.

Signed this ___ day of _____, 2016.

JUN 1 4 2016

_____
LETITITA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE