

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ENTERED
06/14/2018

| | | |
|---|---|---|
| IN RE: | § | |
| MUNIRA SHAKIR | § | CASE NO: 14-32639 |
| Debtor(s) | § | |
| | § | CHAPTER 7 |
| | § | |
| TASNEEM SHUJAUDDIN, *et al* | § | |
| Plaintiff(s) | § | |
| | § | |
| VS. | § | ADVERSARY NO. 14-03305 |
| | § | |
| MUNIRA SHAKIR | § | |
| Defendant(s) | § | |

## ORDER DISMISSING CASE

Pursuant to the Court's February 12, 2018 show cause order, this adversary proceeding is dismissed with prejudice against refiling.

SIGNED **June 14, 2018.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE